**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6515**

JOHN MARVIN BALLARD,

                    Plaintiff - Appellant,

          v.

TRACY JOHNS; DR. KAREN STEINOUR; CANDACE GREGORY; MR. K.
MCKOY; J. GODWIN; JUSTIN ANDREWS,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge. (5:11-ct-03042-H)

Submitted: July 24, 2014              Decided: July 29, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Marvin Ballard, Appellant Pro Se.   Michael Bredenberg,
Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North
Carolina, Kimberly Ann Moore, OFFICE OF THE UNITED STATES
ATTORNEY, Rudolf A. Renfer, Jr., Assistant United States
Attorney, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Ballard appeals the district court's order granting Defendants' motion to dismiss or, in the alternative, for summary judgment, on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying Ballard's motion for an order overruling Defendants' objections to certain document production requests. Confining our review to the issues raised in the informal brief, see 4th Cir. R. 34(b), we find no reversible error and affirm the district court's judgment. Ballard v. Johns, No. 5:11-ct-03042-H (E.D.N.C. March 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED